IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| BROCK DOEMEL, *on behalf of himself and all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>THE ARIZONA BOARD OF REGENTS,<br><br>Defendant. | Case No. 2:20-cv-01203-JJT |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Brock Doemel, by and through his undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses without prejudice the above entitled action as between Plaintiff and Defendant The Arizona Board of Regents, with each party to bear its own costs and fees.

No motion for class certification has been filed, and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules. Further, no opposing party has served either an answer or a motion for summary judgment in the present case.

Dated: October 13, 2020

Respectfully Submitted,

*/s/ Clifford P. Bendau, II*
Clifford P. Bendau, II (AZ No. 030204)
Christopher J. Bendau (AZ No. 032981)
**BENDAU & BENDAU PLLC**
P.O. Box 97066
Phoenix, Arizona 85060
Telephone AZ: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com

chris@bendaulaw.com

James L. Simon
**THE LAW OFFICES OF SIMON & SIMON**
5000 Rockside Road, Suite 520
Independence, OH 44131
Telephone: (216) 525-8890
Facsimile: (216) 642-5814
Email: james@bswages.com

Gary F. Lynch
Edward W. Ciolko
**CARLSON LYNCH LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
P (412) 322-9243
F. (412) 231-0246
eciolko@carlsonlynch.com

*Counsel for Plaintiff*